In the Matter of the Claim of CAROLINE PAYNE, Appellant, against HAEBERLE LUMBER COMPANY et al., Respondents. STATE INDUSTRIAL BOARD, Respondent. — Claimant has appealed from a decision of the State Industrial Board denying her claim for compensation by reason of the death of her husband. The record presents only a question of fact. Decision affirmed, without costs. Hill, P. J., Bliss, Heffernan and Schenck, JJ., concur.

In the Matter of the Claim of REUBEN COGAS, Respondent, against GORDON FUR COMPANY et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal by employer and insurance carrier from a decision and award of the State Industrial Board pursuant to the provisions of the Workmen's Compensation Law for total disability covering the period from March 25, 1942, to July 14, 1942, less three days worked. The employer was engaged in the fur business and claimant's employment required that he handle dyed furs, as the result of which he suffered an infection which resulted in occupational dermatitis. The evidence amply supports the findings of the Industrial Board that claimant's total disability resulted solely from occupational contact dermatitis contracted in his employment. The award and decision should be affirmed. Award and decision affirmed, with costs to the State Industrial Board. Hill, P. J., Bliss, Heffernan and Schenck, JJ., concur. [See *post,* p. 921.]

In the Matter of the Claim of JOHN PEDERSEN, Respondent, against JOHN R. NELSON et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from a disability award. Claimant was employed as a handyman, janitor and carpenter. While working under the employer's orders in a house, he saw and lighted a firecracker and was injured. Respondent is entitled to an award under the authority of *Matter of Miles* v. *Gibbs & Hill, Inc.* (250 N. Y. 590). Award affirmed, with costs to the State Industrial Board. Hill, P. J., Bliss, Heffernan and Schenck, JJ., concur.

In the Matter of the Claim of PATRICK COLLINS, Respondent, against TRANSIT COMMISSION OF THE STATE OF NEW YORK et al., Respondents, and STATE INSURANCE FUND, Appellant. STATE INDUSTRIAL BOARD, Respondent.— The State Insurance Fund has appealed from a decision of the State Industrial Board in favor of claimant against it and against the State. The Board held the claimant was not an employee of the city of New York for the purpose of compensation. The evidence sustains the finding. Award affirmed, with costs to the State Industrial Board. Hill, P. J., Bliss, Heffernan and Schenck, JJ., concur. [See *post,* p. 921.]